UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

      Plaintiff,

     v.                            Case No. 16-CR-166

KAREN QUINTANA, nka Karen Maher,

      Defendant.

**ORDER DENYING SECOND MOTION FOR EARLY TERMINATION
OF SUPERVISED RELEASE**

On March 6, 2016, Karen Quintana was sentenced to twenty-four months in the custody of the Bureau of Prisons after a conviction for Distribution of Methamphetamine, to be followed by a term of five years of supervised release, subject to conditions. On July 20, 2018, Quintana began her term of Supervised Release in the Western District of Wisconsin (WIWD), and soon sought to move to the Northern District of Illinois (NDIL) to live with her half-sister. The NDIL accepted courtesy supervision, conditioned on Ms. Quintana receiving mental health treatment. She signed a waiver and the modification, as requested, was ordered on April 23, 2019.

As discussed in the defendant's earlier request for early termination, at the time of sentencing Ms. Quintana was facing multiple charges in other jurisdictions. If sentenced prior to March 8, 2016, Ms. Quintana was eligible for a safety valve reduction. If not, Quintana faced a five-year mandatory minimum. Since Quintana was sentenced on March 6, 2016, she was eligible for the safety valve reduction. The five-year term of supervised release was intended to monitor the defendant's progress toward becoming a law-abiding, self-sufficient member of society, as well as provide protection to the community.

On August 26, 2019, just thirteen months after beginning supervision, the defendant filed a motion for early termination of supervised release. The court denied her initial request for early termination after objections from both probation and the government. The defendant filed a second request on July 15, 2020, and both cite similar objections at this time. Although both again applaud the positive strides Ms. Quintana has made thus far, including consistent employment, living arrangements, and a positive relationship with one of her sons, both note that no payments have been made toward restitution, the newly placed counseling requirement would cease, and that the longer term of supervision was intended to aid this defendant in leading a pro social life after a very long history of drug addiction and mental health issues. The government and probation cite the need for supervision both for protection of the public and in the hope that continued supervision is the best way to maintain this progress after such long-term issues. Ms. Quintana is encouraged to continue her progress, remain drug free, maintain stable employment, follow all terms of her supervised release, and begin making payments toward her court-ordered obligations. Should she continue to do so, the court could consider early release at a later date. At this time, however, her motion is denied.

Dated at Green Bay, Wisconsin this 26th day of August, 2020.

s/ William C. Griesbach
William C. Griesbach
United States District Judge