UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

      Plaintiff,

      v.                              Case No. 16-CR-166

KAREN QUINTANA, n/k/a Karen Maher,

      Defendant.

## ORDER DENYING MOTION TO MODIFY CONDITIONS OF SUPERVISION

      On March 6, 2016, Karen Quintana was sentenced to twenty-four months in the custody of the Bureau of Prisons after a conviction for Distribution of Methamphetamine, to be followed by a term of five years of supervised release. On July 20, 2018, Quintana began her term of Supervised Release in the Western District of Wisconsin, and soon sought to move to the Northern District of Illinois to live with her half-sister. The Northern District of Illinois accepted courtesy supervision, conditioned on Ms. Quintana receiving mental health treatment. Quintana signed a waiver and the modification was ordered on April 23, 2019. Quintana since filed two motions for early termination of supervision, both of which addressed her positive conduct on supervision, but the motions were denied noting the need for a longer period of stability and adherence to her counseling requirement. On November 12, 2020, this Court received a probation request for transfer of this case to the Northern District of Illinois, which it approved. On December 3, 2020, transfer was accepted by the Northern District of Illinois and the case, 20-CR-840, was assigned to Judge Andrea Wood.

On March 28, 2022, Karen Quintana filed a pro se motion to modify the special condition requiring her to repay $9,800.00 in buy money, indicating that "[w]hen in court it was ordered that the amount be divided between the 3 of us." Dkt. 83 at 1. Both the minutes of the hearing and the Judgment state that the debt is joint and several. *See* Dkt. Nos. 36 at 2 and 39 at 4. In any event, because Quintana's case was transferred to the Northern District of Illinois, this Court lacks jurisdiction to address the issue. The motion is, therefore, denied.

Dated at Green Bay, Wisconsin this   29th   day of March, 2022.

s/ William C. Griesbach  
William C. Griesbach  
United States District Judge
